Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiffs
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **CASE NO. 1:10-cv-02245-AWI-DLB** |
| **Plaintiff,** | |
| **vs.** | **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE INITIAL SCHEDULING CONFERENCE; AND ORDER** |
| **MARTIN PEREZ, JR., et al.** | |
| **Defendant.** | |

TO THE HONORABLE DENNIS L. BECK, THE DEFENDANT, AND HIS

ATTORNEYS OF RECORD:

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the

Initial Scheduling Conference presently set for Tuesday, March 8, 2011 at 9:30 AM.   As set forth

below Plaintiff respectfully requests that the Court continue the Initial Scheduling Conference to a new

date approximately Thirty (30) to Forty-Five (45) days forward.

The request for the brief continuance is necessitated by the fact that Plaintiff has not yet

perfected service of the initiating suit papers upon the Defendant Martin Perez, Jr., individually and

d/b/a La Cascada.   As a result, Plaintiff's counsel has not conferred with the defendant concerning

the claims, discovery, settlement, or any of the other pertinent issues involving the case itself or the

preparation of a Joint Status Report.

///

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Initial Scheduling Conference, presently scheduled for Tuesday, March 8, 2011 at 9:30 AM to a new date approximately Thirty (30) to Forty-Five (45) days forward.

Respectfully submitted,

Dated: February 25, 2011

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///

///

///

///

///

///

///

///

///

///

///

///

1

2

## ORDER (Proposed)

3

    It is hereby ordered that the Scheduling Conference in civil action number 1:10-cv-02245-AWI-

4
DLB styled *J & J Sports Productions, Inc. v. Martin Perez, Jr., et al*., is hereby continued from

5
Tuesday, March 8, 2011 at 9:30 AM, to: April 27, 2011 at 9:00 am

6

7
IT IS SO ORDERED.

8
    Dated:    **February 25, 2011**                    /s/ *Dennis L. Beck*

9
                                                    UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28