Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MARTIN PEREZ, JR., et al., <br><br> Defendant. | CASE NO. 1:10-cv-02245-AWI-DLB <br><br> PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING INITIAL SCHEDULING CONFERENCE; AND ORDER |

Plaintiff J & J Sports Productions, Inc. hereby applies *ex parte* for an order continuing the Initial Scheduling Conference in this action, presently set for Wednesday, April 27, 2011 at 9:00 A.M. to a new date approximately thirty (30) to forty-five (45) days forward. This request is necessitated by the fact that Plaintiff's counsel has recently perfected service on defendant Martin Perez, Jr. on March 30, 2011. A true and correct copy of the Proof of Service has been filed with this Honorable Court as docket entry 8.

///

///

///

///

///

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
INITIAL SCHEDULING CONFERENCE; AND ORDER (Proposed)
CASE NO. 1:10-cv-02245-AWI-DLB
PAGE 1

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Initial Scheduling Conference presently scheduled for Wednesday, April 27, 2011 to a new date approximately thirty (30) to forty-five (45) days forward.

Respectfully submitted,

Dated: April 19, 2011	*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
INITIAL SCHEDULING CONFERENCE; AND ORDER (Proposed)
CASE NO. 1:10-cv-02245-AWI-DLB
PAGE 2**

## **ORDER**

It is hereby ordered that the Initial Scheduling Conference in civil action number 1:10-cv-02245-AWI-DLB styled *J & J Sports Productions, Inc. v. Martin Perez, Jr., et al.*, is hereby continued from Wednesday, April 27, 2011 at 9:00 A.M. to a new date of June 21, 2011 at 9:00 a.m..

Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

Dated:   **April 20, 2011**                              /s/ *Dennis L. Beck*
                                                          UNITED STATES MAGISTRATE JUDGE